The People of the State of New York ex rel. Paul Kurzynski, Appellant, v. William Hunt, as Warden of Attica State Prison, Attica, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

Leslie A. Huntington, as Trustee in Bankruptcy of the South Shore Co-Operative Association, Incorporated, Appellant, v. John Davidson, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

In the Matter of the Application of George R. McAllaster, Respondent, for a Mandamus Order against Charles A. Harnett, Commissioner of Motor Vehicles of the State of New York, Appellant, and Frank J. Korb, Sr., and Frank J. Korb, Jr., Defendants.— Motion for reargument granted. [See 250 App. Div. 829.] Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

The People of the State of New York ex rel. Rocco LaFortuna, Appellant, v. Joseph H. Brophy, Warden of Auburn State Prison, at Auburn, New York, Respondent.— Motion for reargument denied. Memorandum: We have now presented to us a certified copy of the Governor's conditional commutation which shows that the commutation was made on the condition, among others, that the relator remain " subject to the jurisdiction and control of the Board of Parole." This commutation did not contain the limitation of the authority of the Board of Parole which was present in the commutation under consideration in Matter of People ex rel. Ross v. Wilson (250 App. Div. 143), decided by the Appellate Division, Third Department, March, 1937. Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of Hazel Bailey, Appellant, for a Certiorari Order against Frank P. Graves, Commissioner of Education of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

August Beygen, Appellant, v. Rochester Savings Bank, Respondent. (Action No. 1.) — Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

August Beygen, Appellant, v. Rochester Savings Bank, Respondent. (Action No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied; motion to amend order of affirmance entered March 31, 1937, so that the affirmance shall be with costs instead of with ten dollars costs granted. [See 250 App. Div. 833.] Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

August Beygen, Appellant, v. Rochester Savings Bank, Respondent. (Action No. 3.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied; motion to amend order of affirmance entered March 31, 1937, so that the affirmance shall be with costs instead of with ten dollars costs granted. [See 250 App. Div. 833.] Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

Doris Stewart, 71 Kent Blvd., Salamanca, New York, Respondent, v. The Salvation Army, Incorporated, Appellants.— Motion for reargument denied. with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.